180 F.2d 174
 TEXON OIL & LAND COMPANY
v.
OKLAHOMA TAX COMMISSION et al.
 No. 3995.
 United States Court of Appeals Tenth Circuit.
 January 24, 1950.
 
 Appeal from the United States District Court for the Western District of Oklahoma.
 R. O. Wilson and Harold Skinner, Ponca City, Okl., for appellant.
 R. F. Barry, Oklahoma City, Okl., for appellees.
 Before PHILLIPS, Chief Judge, and BRATTON and PICKETT, Circuit Judges.
 PER CURIAM.
 
 
 1
 Appeal dismissed January 24, 1950, pursuant to stipulation.